**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Lee HAGANS, Defendant– Appellant.**

**No. 07–15981 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 16, 2008.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

John R. Francisco, Sinnreich & Francisco, Macon, GA, for Defendant–Appellant.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for William Lee Hagans in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANT-**

---

**ED,** and Hagans's conviction and sentence are **AFFIRMED.**